UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICKEY A. BEAVER,<br><br>              Plaintiff,<br><br>   v.<br><br>RICK PALMERTON,<br><br>             Defendant. | Case No. C06-5215RJB<br><br>ORDER GRANTING I.F.P. APPLICATION |

Plaintiff's application for leave to proceed *in forma pauperis* (Doc. 1) is **GRANTED**. Plaintiff is currently in custody at the Western State Hospital, and plaintiff does not appear to have funds available to afford the $250.00 filing fee. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation. .

The Clerk is directed to mail a copy of this Order to plaintiff.

DATED this 21st day of April, 2006.

                          */s/ J. Kelley Arnold*
                          J. Kelley Arnold
                          United States Magistrate Judge

ORDER
Page - 1