UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICKEY A. BEAVER,

    Plaintiff,

v.

RICK PALMERTON,

    Defendant.

Case No. C06-5215RJB

REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE

**NOTED FOR:**
**June 23rd 2006**

    This case has been referred to Magistrate Judge J. Kelley Arnold pursuant to 28 U.S.C. § 636(b)(1)(B). This matter comes before the court upon plaintiff's request/motion to voluntarily dismiss his complaint, (Dkt. # 7). The court entered an order to show cause why the action should not be dismissed and in response plaintiff filed a document requesting the court grant his motion to dismiss. (Dkt. # 7). After reviewing plaintiff's motion, and the remaining record, the Court recommends the action be **DISMISSED WITHOUT PREJUDICE.**

DISCUSSION

    Under Rule 41, a plaintiff has the right to voluntarily dismiss his case when no answer or motion for summary judgment has been filed by an adverse party. Rule 41(a)(1) specifically provides that dismissal as a matter of right can be foreclosed only by the filing of an answer or a motion for summary judgment. Roddy v. Dendy, 141 F.R.D. 261, 262 (S.D. Mississippi, 1992). When ruling on a motion to dismiss without prejudice,

the district court must determine whether the defendant will suffer some plain legal prejudice as a result of the dismissal. Hyde & Drath v. Baker, 24 F.3d 1162, 1169 (9th Cir.1994); Hamilton v. Firestone Tire & Rubber Co., 679 F.2d 143, 145 (9th Cir.1982).

Here, the complaint has not been served.  Thus, plaintiff has a right to dismiss the action.

## CONCLUSION

Accordingly, plaintiff's request to voluntarily dismiss his complaint (Dkt. # 7) should be **GRANTED**. A proposed order accompanies this report and recommendation.

Dated this 31st day of May, 2006.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge